# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA
### EASTERN DISTRICT OF LOUISIANA DIVISION

In re: SMITH, CLIFFORD § Case No. 12-11420-A
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Hof, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,300.00  Assets Exempt: $2,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,905.87   Claims Discharged Without Payment: $3,666,041.08

Total Expenses of Administration: $125,838.11

3) Total gross receipts of $ 150,743.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $150,743.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $397,000.00 | $117,600.00 | $10,000.00 | $10,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 100,838.11 | 100,838.11 | 100,838.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2.00 | 503,813.95 | 24,558.66 | 14,905.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,582,169.61 | 3,990,529.08 | 2,561,396.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,979,171.61 | $4,737,781.14 | $2,721,793.43 | $150,743.98 |

    4) This case was originally filed under Chapter 7 on May 10, 2012. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2015    By: /s/Ronald J. Hof
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1221-000 | 15,743.98 |
| Proceeds of stolen cashier's check | 1229-000 | 25,000.00 |
| 70' Rice Lake Scales | 1129-000 | 5,000.00 |
| 400,000 tons of concrete (construction material) | 1229-000 | 95,000.00 |
| Forfeited deposit re: Purchase Agreement 10/5/13 | 1229-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,743.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Callou Corporation, 6618 Reynolds, West Palm Beach | 4110-000 | N/A | 107,600.00 | 0.00 | 0.00 |
| NOTFILED | First National Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equity One | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southeast Ky Management Co., LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amy Siino - Owner | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southeast Ky Management Co, LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hard Rock Equipment - Owner | 4110-000 | 325,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Williamsburg National Bank | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Southeast Ky Management Co, LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pete and Connie Bishop - Owners | 4110-000 | 72,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Ellinger - Owner | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James A. Lacefield - Owner | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | J. William Starr, Att. for Rock Busters, LLC & Ron | 4220-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$397,000.00** | **$117,600.00** | **$10,000.00** | **$10,000.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Hof | 2100-000 | N/A | 10,787.20 | 10,787.20 | 10,787.20 |
| Ronald J. Hof | 2200-000 | N/A | 275.72 | 275.72 | 275.72 |
| Office of the U.S. Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Office of the U.S. Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Ronald J. Hof | 2420-000 | N/A | 120.00 | 120.00 | 120.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.27 | 86.27 | 86.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.79 | 77.79 | 77.79 |
| Rabobank, N.A. | 2600-000 | N/A | 20.59 | 20.59 | 20.59 |
| Rabobank, N.A. | 2600-000 | N/A | 24.30 | 24.30 | 24.30 |
| Ronald J. Hof, Trustee | 2300-000 | N/A | 12.05 | 12.05 | 12.05 |
| Rabobank, N.A. | 2600-000 | N/A | 20.58 | 20.58 | 20.58 |
| Rabobank, N.A. | 2600-000 | N/A | 21.28 | 21.28 | 21.28 |
| Rabobank, N.A. | 2600-000 | N/A | 23.44 | 23.44 | 23.44 |
| Rabobank, N.A. | 2600-000 | N/A | 22.68 | 22.68 | 22.68 |
| Rabobank, N.A. | 2600-000 | N/A | 20.45 | 20.45 | 20.45 |
| Rabobank, N.A. | 2600-000 | N/A | 24.08 | 24.08 | 24.08 |
| Rabobank, N.A. | 2600-000 | N/A | 21.85 | 21.85 | 21.85 |
| Rabobank, N.A. | 2600-000 | N/A | 21.09 | 21.09 | 21.09 |
| Rabobank, N.A. | 2600-000 | N/A | 23.97 | 23.97 | 23.97 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 20.30 | 20.30 | 20.30 |
| 3600 Alvar, LLC | 2410-000 | N/A | 55,000.00 | 55,000.00 | 55,000.00 |
| Stewart, Robbins & Brown, LLC | 3210-000 | N/A | 28,383.50 | 28,383.50 | 28,383.50 |
| Stewart, Robbins & Brown, LLC | 3220-000 | N/A | 2,862.21 | 2,862.21 | 2,862.21 |
| Rabobank, N.A. | 2600-000 | N/A | 139.27 | 139.27 | 139.27 |
| Rabobank, N.A. | 2600-000 | N/A | 105.49 | 105.49 | 105.49 |
| Ronald J. Hof | 2300-000 | N/A | 26.00 | 26.00 | 26.00 |
| Rabobank, N.A. | 2600-000 | N/A | 38.40 | 38.40 | 38.40 |
| Rabobank, N.A. | 2600-000 | N/A | 39.69 | 39.69 | 39.69 |
| Rabobank, N.A. | 2600-000 | N/A | 43.74 | 43.74 | 43.74 |
| Rabobank, N.A. | 2600-000 | N/A | 40.94 | 40.94 | 40.94 |
| Rabobank, N.A. | 2600-000 | N/A | 39.52 | 39.52 | 39.52 |
| J. Edward Perron, Jr. | 3410-000 | N/A | 720.00 | 720.00 | 720.00 |
| J. Edward Perron, Jr. | 3420-000 | N/A | 275.68 | 275.68 | 275.68 |
| Rabobank, N.A. | 2600-000 | N/A | 44.92 | 44.92 | 44.92 |
| Rabobank, N.A. | 2600-000 | N/A | 38.21 | 38.21 | 38.21 |
| Rabobank, N.A. | 2600-000 | N/A | 41.90 | 41.90 | 41.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $100,838.11 | $100,838.11 | $100,838.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 3600 Alvar, LLC | 6920-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $25,000.00 | $25,000.00 | $25,000.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Louisiana Department of Revenue | 5800-000 | N/A | 4,538.62 | 0.00 | 0.00 |
| 8P | Internal Revenue Service | 5800-000 | N/A | 20,020.04 | 0.00 | 0.00 |
| 8P-2 | Internal Revenue Service | 5800-000 | N/A | 20,020.04 | 0.00 | 0.00 |
| 8P-3 | Internal Revenue Service | 5800-000 | N/A | 20,020.04 | 20,020.04 | 12,151.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| REC1 | City of New Orleans, Bureau of Revenue | 5800-000 | N/A | 430,137.97 | 0.00 | 0.00 |
| REC2P | Louisiana Department of Revenue | 5800-000 | N/A | 4,538.62 | 0.00 | 0.00 |
| REC7P | Louisiana Department of Revenue | 5800-000 | N/A | 4,538.62 | 4,538.62 | 2,754.71 |
| NOTFILED | Internal Revenue Service | 5200-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Louisiana Department of Revenue Collection Division | 5200-000 | 1.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2.00** | **$503,813.95** | **$24,558.66** | **$14,905.87** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit | 7100-000 | N/A | 16,331.38 | 16,331.38 | 0.00 |
| 2U | Louisiana Department of Revenue | 7100-000 | N/A | 1,258.25 | 1,258.25 | 0.00 |
| 3 | RONALD JEFFERSON & ROCKBUSTERS ,LLC | 7100-000 | 0.00 | 410,177.00 | 410,177.00 | 0.00 |
| 6 | Vernes Keeler, Sr. & Keeler & Assoc. | 7100-000 | 200,000.00 | 200,000.00 | 200,000.00 | 0.00 |
| 7 | 3600 Alvar, LLC | 7100-000 | 137,000.00 | 228,505.50 | 228,505.50 | 0.00 |
| 8U | Internal Revenue Service | 7200-000 | N/A | 714,566.21 | 0.00 | 0.00 |
| 8U-2 | Internal Revenue Service | 7200-000 | N/A | 714,566.21 | 0.00 | 0.00 |
| 8U-3 | Internal Revenue Service | 7100-000 | N/A | 714,566.21 | 714,566.21 | 0.00 |
| REC3 | RONALD JEFFERSON AND ROCKBUSTERS , LLC | 7100-000 | 0.00 | 410,177.00 | 410,177.00 | 0.00 |
| NOTFILED | Crdt Clearha Ccha | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Strn Cr Rec | 7100-000 | 372.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit System | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | The FED, LLC | 7100-000 | 29,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Bishop | 7100-000 | 406,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Walt Nawarra, Callou Corp. | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Ellinger | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Modspace | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Forcht Bank | 7100-000 | 944.00 | N/A | N/A | 0.00 |
| NOTFILED | David Schott | 7100-000 | 194,189.63 | N/A | N/A | 0.00 |
| NOTFILED | Glenn Kendrick | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Connie Bishop | 7100-000 | 72,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hard Rock Equipment | 7100-000 | 325,000.00 | N/A | N/A | 0.00 |
| REC 2U | Louisiana Department of Revenue | 7100-000 | N/A | 1,258.25 | 1,258.25 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REC | 4 | Central Scales | 7100-000 | 4,579.98 | 5,389.98 | 5,389.98 | 0.00 |
| REC | 5 | Clyde Kay and Rosalind Kay | 7100-000 | 40,000.00 | 88,500.00 | 88,500.00 | 0.00 |
| REC | 7U | Louisiana Department of Revenue | 7100-000 | N/A | 1,258.25 | 1,258.25 | 0.00 |
| REC | 8 | Robert Michel | 7100-000 | 66,000.00 | 66,000.00 | 66,000.00 | 0.00 |
| REC | 9 | V. Keeler & Associates | 7100-000 | N/A | 118,100.63 | 118,100.63 | 0.00 |
| REC | 10 | A.L. Richard, LLC | 7100-000 | 39,600.00 | 71,368.71 | 71,368.71 | 0.00 |
| REC | 11 | 3600 Alvar, LLC | 7100-000 | N/A | 228,505.50 | 228,505.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $1,582,169.61 | $3,990,529.08 | $2,561,396.66 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 12-11418-Doc 91 Filed 03/02/18 Entered 03/02/18 13:48:52 Main Document Page 8 of 13
Case 12-11420 Doc 196 Filed 02/24/15 Entered 02/24/15 10:47:25 Page 8 of 13

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11420-A  **Trustee:** (380470) Ronald J. Hof
**Case Name:** SMITH, CLIFFORD  **Filed (f) or Converted (c):** 07/11/12 (c)
 **§341(a) Meeting Date:** 08/09/12
**Period Ending:** 02/13/15  **Claims Bar Date:** 10/25/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Accounts receivable | Unknown | Unknown | | 15,743.98 | FA |
| 2 | Proceeds of stolen cashier's check | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 3 | Three Mobile Trailers | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4 | Storage Building | 300.00 | 300.00 | | 0.00 | FA |
| 5 | Personal Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1989 Peterbilt Truck | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1996 Maran Truck | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2003 Vall Horse Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1982 International Truck | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1984 Ford Truck | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 1992 Ford Cargo | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 1987 Ford | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 1982 Mack | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 1985 Kenworth | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1992 Ford Truck | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 1997 Prowler Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 1995 Ford F150 Pickup Truck | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | Computer & Printer | 500.00 | 500.00 | | 0.00 | FA |
| 19 | Furniture - desk, chair, etc. | 500.00 | 500.00 | | 0.00 | FA |
| 20 | Crusher and Screen Plant | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 275 Michigan Wheel Loader | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Excavator | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 70' Rice Lake Scales | 30,000.00 | 5,000.00 | | 5,000.00 | FA |
| 24 | Hand Tools | 1,000.00 | 0.00 | | 0.00 | FA |
| 25 | Funds on deposit | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Clifford Smith Crushing receivable | Unknown | 0.00 | | 0.00 | FA |
| 27 | 400,000 tons of concrete (construction material) | 1,200,000.00 | 95,000.00 | | 95,000.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11420-A  
**Case Name:** SMITH, CLIFFORD  

**Period Ending:** 02/13/15

**Trustee:** (380470) Ronald J. Hof  
**Filed (f) or Converted (c):** 07/11/12 (c)  
**§341(a) Meeting Date:** 08/09/12  
**Claims Bar Date:** 10/25/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 28  Forfeited deposit re: Purchase Agreement 10/5/13 (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 28  **Assets  Totals** (Excluding unknown values) | **$1,270,300.00** | **$137,800.00** | | **$150,743.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

final account

**Initial Projected Date Of Final Report (TFR):** September 15, 2013    **Current Projected Date Of Final Report (TFR):** October 15, 2014  (Actual)

Printed: 02/13/2015 08:17 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-11420-A | | Trustee: | Ronald J. Hof (380470) |
| Case Name: | SMITH, CLIFFORD | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******31-66 - Checking Account |
| Taxpayer ID #: | **-***5601 | | Blanket Bond: | $27,366,118.00 (per case limit) |
| Period Ending: | 02/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/12 | {1} | Shorty, Dooley Hall, LLC | Receivable due Smith & Recycled Concrete | 1221-000 | 4,941.91 | | 4,941.91 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,916.91 |
| 08/27/12 | 101 | Ronald J. Hof | Reimbursement of costs to recover computer re: Order 8/24/12 | 2420-000 | | 120.00 | 4,796.91 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,771.91 |
| 09/07/12 | {1} | Global Construction of Disaster Relief, LLC | Account receivable | 1221-000 | 9,910.16 | | 14,682.07 |
| 09/19/12 | {1} | Global Construction & Disaster Relief | Account receivable | 1221-000 | 891.91 | | 15,573.98 |
| 09/28/12 | {2} | Clifford Smith | Replacement of stolen cashier's check | 1229-000 | 25,000.00 | | 40,573.98 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 40,548.98 |
| 10/25/12 | 102 | 3600 Alvar, LLC | Court ordered payment re: Memo to Record 10/24/12 | 6920-000 | | 25,000.00 | 15,548.98 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.27 | 15,462.71 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.79 | 15,384.92 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001038047088 20121220 | 9999-000 | | 15,384.92 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,743.98 | 40,743.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,384.92 | |
| | | | **Subtotal** | | 40,743.98 | 25,359.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$40,743.98** | **$25,359.06** | |

{} Asset reference(s)      Printed: 02/13/2015 08:17 AM   V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-11420-A | | Trustee: | Ronald J. Hof (380470) |
|---|---|---|---|---|
| Case Name: | SMITH, CLIFFORD | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***5601 | | Blanket Bond: | $27,366,118.00 (per case limit) |
| Period Ending: | 02/13/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,384.92 | | 15,384.92 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.59 | 15,364.33 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.30 | 15,340.03 |
| 02/05/13 | 10103 | Ronald J. Hof, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/22/2013 FOR CASE #12-11420 | 2300-000 | | 12.05 | 15,327.98 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.58 | 15,307.40 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.28 | 15,286.12 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.44 | 15,262.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.68 | 15,240.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.45 | 15,219.55 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.08 | 15,195.47 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.85 | 15,173.62 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.09 | 15,152.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.97 | 15,128.56 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.30 | 15,108.26 |
| 12/05/13 | | Stewart Robbins & Brown, LLC | Sale proceeds & forfeited deposit | | 110,000.00 | | 125,108.26 |
| | {28} | | Forfeited deposit re: Purchase agreement 10/5/13     10,000.00 | 1229-000 | | | 125,108.26 |
| | {27} | | Sale proceeds re: Order 12/4/12     95,000.00 | 1229-000 | | | 125,108.26 |
| | {23} | | Sale proceeds re: Order 12/4/12     5,000.00 | 1129-000 | | | 125,108.26 |
| 12/09/13 | 10104 | J. William Starr, Att. for Rock Busters, LLC & Ron Jefferson | Settlement proceeds re: Order dated 11/27/13 | 4220-000 | | 10,000.00 | 115,108.26 |
| 12/09/13 | 10105 | 3600 Alvar, LLC | Post-petition rent re: Order dated 5/3/13 | 2410-000 | | 55,000.00 | 60,108.26 |
| 12/18/13 | 10106 | Stewart, Robbins & Brown, LLC | Attorney fees and expenses re: Order 12/17/13 | | | 31,245.71 | 28,862.55 |
| | | | Attorney fees     28,383.50 | 3210-000 | | | 28,862.55 |
| | | | Attorney expenses     2,862.21 | 3220-000 | | | 28,862.55 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.27 | 28,723.28 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.49 | 28,617.79 |
| 02/19/14 | 10107 | Ronald J. Hof | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2014 FOR CASE #12-11420, Pro rata bond premiun payments | 2300-000 | | 26.00 | 28,591.79 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.40 | 28,553.39 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.69 | 28,513.70 |
| | | | Subtotals : | | $125,384.92 | $96,871.22 | |

{} Asset reference(s)                                                                                               Printed: 02/13/2015 08:17 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-11420-A  
**Case Name:** SMITH, CLIFFORD  

**Taxpayer ID #:** **-***5601  
**Period Ending:** 02/13/15  

**Trustee:** Ronald J. Hof (380470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $27,366,118.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.74 | 28,469.96 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.94 | 28,429.02 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.52 | 28,389.50 |
| 07/29/14 | 10108 | J. Edward Perron, Jr. | Accountant's fee & expenses re: Order dated 7/28/14 | | | 995.68 | 27,393.82 |
| | | | Accountant's fee 720.00 | 3410-000 | | | 27,393.82 |
| | | | Accountant's expenses 275.68 | 3420-000 | | | 27,393.82 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.92 | 27,348.90 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.21 | 27,310.69 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.90 | 27,268.79 |
| 01/13/15 | 10109 | Office of the U.S. Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 26,618.79 |
| 01/13/15 | 10110 | Office of the U.S. Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 25,968.79 |
| 01/13/15 | 10111 | Internal Revenue Service | Dividend paid 60.69% on $20,020.04; Claim# 8P-3; Filed: $20,020.04; Reference: | 5800-000 | | 12,151.16 | 13,817.63 |
| 01/13/15 | 10112 | Louisiana Department of Revenue | Dividend paid 60.69% on $4,538.62; Claim# REC7P; Filed: $4,538.62; Reference: | 5800-000 | | 2,754.71 | 11,062.92 |
| 01/13/15 | 10113 | Ronald J. Hof | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 11,062.92 | 0.00 |
| | | | Dividend paid 100.00% 10,787.20 on $10,787.20; Claim# ; Filed: $10,787.20 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 275.72 on $275.72; Claim# ; Filed: $275.72 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 125,384.92 | 125,384.92 | $0.00 |
| | | | Less: Bank Transfers | | 15,384.92 | 0.00 | |
| | | | **Subtotal** | | 110,000.00 | 125,384.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$110,000.00** | **$125,384.92** | |

{} Asset reference(s)

Printed: 02/13/2015 08:17 AM    V.13.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 12-11420-A | | **Trustee:** | Ronald J. Hof (380470) |
|---|---|---|---|---|
| **Case Name:** | SMITH, CLIFFORD | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7266 - Checking Account |
| **Taxpayer ID #:** | **-***5601 | | **Blanket Bond:** | $27,366,118.00 (per case limit) |
| **Period Ending:** | 02/13/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******31-66** | 40,743.98 | 25,359.06 | 0.00 |
| **Checking # ******7266** | 110,000.00 | 125,384.92 | 0.00 |
| | $150,743.98 | $150,743.98 | $0.00 |

{} Asset reference(s)   Printed: 02/13/2015 08:17 AM   V.13.21